Paul LEWIS, Individually and On Behalf of All Others Similarly Situation [sic], Plaintiff–Appellant

v.

AUTO CLUB FAMILY INSURANCE COMPANY, doing business as AAA Insurance, Defendant–Appellee.

No. 12–30087
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 24, 2012.

Jason Luke Melancon, Melancon Rimes, Baton Rouge, LA, for Plaintiff–Appellant.

Thomas Mark Richard, Esq., Chad Joseph Landry, Chopin Wagar Richard & Kutcher, L.L.P., Metairie, LA, for Defendant–Appellee.

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM.*

AFFIRMED. See Rule 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.